# RECONSIDERATION DOCKET

**93–569.** State v. Simko. *Lorain County,* No. 91CA005214. Reported at 71 Ohio St.3d 483, 644 N.E.2d 310. On motion for reconsideration. The motion fails on the following vote:

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., would deny the motion.

MOYER, C.J., WRIGHT and PFEIFER, JJ., would grant the motion.

COOK, J., not participating.

**93–1085.** State v. Said. *Lake County,* No. 92–L–018. Reported at 71 Ohio St.3d 473, 644 N.E.2d 337. On motion for reconsideration and on motion to supplement the record. Motions granted; the parties may file briefs on all issues, pursuant to the schedule established in S.Ct.Prac.R. VI; and this cause shall be set for oral arguments.

PFEIFER, J., dissents.

COOK, J., not participating.

**93–1616.** Zoppo v. Homestead Ins. Co. *Cuyahoga County,* No. 62926. Reported at 71 Ohio St.3d 552, 644 N.E.2d 397. On motion for reconsideration. Motion denied.

MOYER, C.J., and WRIGHT, J., dissent.

COOK, J., not participating.

**93–1667.** State v. Bidinost. *Cuyahoga County,* No. 62925. Reported at 71 Ohio St.3d 449, 644 N.E.2d 318. On motion for reconsideration and on motion to stay issuance of mandate. Motions denied.

COOK, J., not participating.

**93–2276.** Galayda v. Lake Hosp. Sys., Inc. *Cuyahoga County,* No. 63151. Reported at 71 Ohio St.3d 421, 644 N.E.2d 298. On motion for reconsideration. Motion denied.

MOYER, C.J., dissents.

COOK, J., not participating.

**93–2490.** State v. Clark. *Franklin County,* No. 93AP–193. Reported at 71 Ohio St.3d 466, 644 N.E.2d 331. On motion for reconsideration. Motion denied.

COOK, J., not participating.

**94–1636.** State v. Tyler. *Cuyahoga County,* No. 51696. Reported at 71 Ohio St.3d 398, 643 N.E.2d 1150. On motion for reconsideration. Motion denied.

WRIGHT, J., dissents.

COOK, J., not participating.

**94–1933.** Betz v. Timken Mercy Med. Ctr. *Stark County,* Nos. 94CA0013 and 94CA0050. Reported at 71 Ohio St.3d 1436, 643 N.E.2d 142. On motion for reconsideration. Motion denied.

MOYER, C.J., dissents.

**94–1944.** May v. Bowland. *Hamilton County,* No. C–940522. Reported at 71 Ohio St.3d 1435, 643 N.E.2d 141. On motion for reconsideration. Motion denied.

COOK, J., not participating.